or superseded by the intervening negligence of the driver of the Funeral Home truck. But on this record, whether either of these permissive inferences shall be drawn is a matter to be determined by the jury in resolving the crucial questions of negligence and of proximate cause. Discrepancies and contradictions in the plaintiff's evidence are for the jury and not for the court. *Childress v. Lawrence*, 220 N.C. 195, 16 S.E. 2d 442; *Brafford v. Cook*, 232 N.C. 699, 62 S.E. 2d 327. Decision here is controlled by the principles explained and applied in *Riggs v. Motor Lines*, 233 N.C. 160, 63 S.E. 2d 197, and *Aldridge v. Hasty*, 240 N.C. 353, 82 S.E. 2d 331.

For the reasons stated, the judgment below is

Reversed.

---

SINCLAIR REFINING COMPANY, INC., v. JOHN O. (JACK) SHUFORD AND WIFE, ELLEN HOLLAND SHUFORD.

(Filed 7 March, 1956.)

APPEAL by plaintiff from *Froneberger, J.*, September Term, 1955, of LINCOLN.

This is a civil action instituted by the plaintiff against the defendants for the recovery of damages to the property of the plaintiff, which property adjoined the property of the defendants, said damages being caused by the alleged negligence of the defendants, their agents and employees, by setting fire to trash and rubbish on the property of the defendants without properly guarding the same, which fire burned the property of the plaintiff.

At the close of plaintiff's evidence, motion for judgment as of nonsuit was interposed on behalf of both defendants. The motion was overruled as to defendant John O. (Jack) Shuford but allowed as to defendant Ellen Holland Shuford.

The jury answered the first issue as to negligence in favor of the defendant. From the judgment entered on the verdict the plaintiff appeals, assigning error.

*Childs & Childs for appellant.*
*M. T. Leatherman for appellee.*

PER CURIAM. A careful examination of the assignments of error brought forward by the appellant and argued in its brief, in our opinion, present no prejudicial error of sufficient merit to justify an order for a new trial.

No error.